UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRENT JAMES HENRICKSON,

                           Plaintiff

v.

CHARLES DANIELS, *et al.*,

                         Defendants

Case No.  2:20-cv-01676-JAD-NJK

**ORDER**

I.    **DISCUSSION**

        On September 10, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983, an application to proceed *in forma pauperis*, and a motion for limited leave to proceed *in forma pauperis* absent a financial certificate.  Docket Nos. 1, 1-1, 1-2.

        Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

        (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

        (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

        (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

        Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is incomplete.  Plaintiff has not included a financial certificate or an inmate account statement for the previous six-month period with his application.  Accordingly, the Court denies Plaintiff's application to proceed *in*

*forma pauperis* without prejudice because the application is incomplete.

With respect to Plaintiff's motion for limited leave to proceed *in forma pauperis* absent a financial certificate, Docket No. 1-2, Plaintiff's motion is denied without prejudice because the request is premature. The Court will grant Plaintiff a **<u>one-time extension</u>** to file a fully complete application to proceed *in forma pauperis* on or before **November 13, 2020**. If Plaintiff is not able to obtain the required paperwork to file a fully complete application to proceed *in forma pauperis* by November 13, 2020, Plaintiff may file another motion for the Court's consideration. However, absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **November 13, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **November 13, 2020** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint, Docket No. 1-1, but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three required documents.

IT IS FURTHER ORDERED that Plaintiff's motion for limited leave to proceed *in forma pauperis* absent a financial certificate, Docket No. 1-2, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, on or before **November 13, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **November 13, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint, Docket No.1-1, but will not file it at this time.

IT IS SO ORDERED.

DATED:  September 15, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

- 3 -