UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Trent Henrickson,

    Plaintiff

v.

Charles Daniels, et al.,

    Defendants

Case No.: 2:20-cv-01676-JAD-NJK

**Order Adopting Report & Recommendation and Denying Motion for Preliminary Injunction**

[ECF Nos. 23, 31]

    The magistrate judge has considered Plaintiff Trent Henrickson's renewed motion for a preliminary injunction[1] and recommends that I deny it because Henrickson has not established that he will suffer irreparable harm if an injunction does not issue.[2] The deadline for any party to object to that recommendation was January 5, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 31] is ADOPTED** in its entirety. The renewed motion for preliminary injunction **[ECF No. 23] is DENIED.**

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: January 10, 2022

---

[1] ECF No. 23.

[2] ECF No. 31.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).